

# Fourth Court of Appeals
## San Antonio, Texas

September 27, 2021

No. 04-21-00208-CV

Richard **PAMPLIN** and Networth Cashflow Systems, LLC,
Appellants

v.

Kelly **STEPHENSON**, Trustee of The Coffee Time, Inc. 40 I K (PSP),
Appellee

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CI05138
Honorable Aaron Haas, Judge Presiding

# O R D E R

Sitting:    Irene Rios, Justice
           Beth Watkins, Justice
           Liza A. Rodriguez, Justice

We issued an order questioning this court's jurisdiction to entertain this appeal, suspending appellate deadlines, and ordering appellants to show cause why the appeal should not be dismissed for lack of jurisdiction. Appellants filed a response arguing this court has jurisdiction over this appeal because part of the order challenged on appeal is in the nature of a mandatory injunction.

At this time, we make no determination regarding this court's jurisdiction to entertain this appeal. The jurisdictional issue is CARRIED WITH THE APPEAL. The parties are ORDERED to address the jurisdictional issue in their appellate briefs.

The appeal is RETAINED on the court's docket and the suspension of appellate deadlines is LIFTED. Appellant's brief is due on or before **October 29, 2021**.

_Irene Rios_
_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of September, 2021.



Michael A. Cruz,
Clerk of Court